UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GARTH E. STABLEY,                    )
                                     )
            Plaintiff,               )        2:11-cv-00635-GMN-RJJ
                                     )
vs.                                  )
                                     )
BANK OF AMERICA, N.A., etc., *et al.*, )          O R D E R
                                     )
            Defendant,               )
_____)

This matter is before the Court on an Application to Proceed *In Forma Pauperis* (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a **pretrial conference is scheduled for June 3, 2011, at 2:30 PM** in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Garth E. Stabley,  is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this   17th   day of May, 2011.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge