# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARTH E. STABLEY, | ) |
| Plaintiff, | )     Case No.:  2:11-cv-00635-GMN-CWH |
| vs. | )    **ORDER ACCEPTING REPORT &** |
| | ) **RECOMMENDATION OF MAGISTRATE** |
| BANK OF AMERICA, N.A., *et al.*, | ) **JUDGE HOFFMAN** |
| Defendants. | ) |

Before the Court for consideration is the Report and Recommendation (ECF No. 41) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered January 24, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by February 10, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Hoffman's recommendation that Plaintiff's Motion for Default Judgment (ECF No. 29) be **Denied** and that Plaintiff's Motion to Strike Defendants' Opposition to Motion for Default Judgment (ECF No. 34) be **Denied**.  Therefore, the Court has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 41) is **ACCEPTED and ADOPTED in full.**

**DATED** this 11th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court